IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM SALAAM HALL EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV1037 |
| | ) | |
| RUSTY PATE and UNITED STATES | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

The recommendation of the United States Magistrate Judge [Doc. # 25] was filed with the Court on April 3, 2013, and was served on the parties in this action. On April 11, 2013, Plaintiff filed an objection to the recommendation [Doc. # 27] and a Motion to Seal [Doc. # 28] requesting that his Complaint, Motion for Default Judgment, and "Rebuttal and Objection to Memorandum and Recommendation of United States Magistrate Judge" be sealed. Defendants timely responded [Doc. ## 29, 30].

The Court has reviewed the Magistrate Judge's recommendation and has made a de novo determination which is in accordance with the Magistrate Judge's report. The Magistrate Judge's recommendation is

adopted [Doc. # 25].

Plaintiff has not provided any specific reasons in support of his argument that the documents he has filed should be sealed, stating only that the documents are "privileged and confidential." [Doc. # 28 at 1]. Thus, Plaintiff has failed to show that his interest in privacy overcomes either the common law or First Amendment presumption to access, or that no alternative exists to sealing his submissions to the court, and his Motion to Seal will be denied.

For the foregoing reasons, the recommendation of the United States Magistrate Judge is ADOPTED; therefore, Defendant's Motion to Dismiss [Doc. # 13] is GRANTED. Plaintiff's Motion for Entry of Default [Doc. # 21] and for Default Judgment [Doc. # 18] are DENIED. Plaintiff's Motion to Seal [Doc. # 28] is DENIED.

This the 16th day of September, 2013.

                                      /s/ N. Carlton Tilley, Jr.
                                   Senior United States District Judge